UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LEROY LOGAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | CAUSE NO. 3:07-CV-420 RM |
| v. | ) | |
| | ) | |
| WILLIAM WILSON, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

On February 28, 2008, the court determined that plaintiff Leroy Logan had accumulated three strikes within the meaning of 28 U.S.C. § 1915(g), and afforded him to and including March 18, 2008, within which to pay the entire $350.00 filing fee. The order advised the plaintiff that "if he does not pay the filing fee by that date, this case will be dismissed without further notice without affecting his obligation to pay the filing fee." Because Mr. Logan hasn't paid the filing fee, the court DISMISSES this case without prejudice.

SO ORDERED.

ENTERED: April  7 , 2008.

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court